| | |
|---|---|
| 1 | DONALD F. SETH, ESQ., CA SBN 92318 |
| 2 | JAMES J. BERGMANN, ESQ., CA SBN 220447 |
|   | 290 B Street, Suite 205 |
| 3 | Santa Rosa, CA 95401 |
|   | (707)545-6370 telephone |
| 4 | (707)545-9770 facsimile |
|   | donaldseth@sbcglobal.net |
| 5 | jimbergmann@hotmail.com |

Counsel for Plaintiff NICHOLAS J. SOMMERS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS J. SOMMERS, | CASE NO. C 06 01798-JSW |
| Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ **ORDER SELECTING ADR PROCESS** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; MERCHANTS CREDIT BUREAU; and DOES 1 through 30, inclusive, | **Hon. Jeffrey S. White** **U.S. District Judge** |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following Stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The Parties agree to participate in the following ADR process:

**Court Process:** Mediation (ADR L.R. 6)

The Parties agree to hold the ADR session within 90 days from the date of the Order referring the case to an ADR process, unless otherwise ordered by the Court.

_____
STIPULATION AND ~~PROPOSED~~ ORDER SELECTING ADR PROCESS
CASE NO. C 06 01798-JSW

Dated: June 28, 2006  /s/ James J. Bergmann
JAMES J. BERGMANN
Law Offices of Donald F. Seth
Attorneys for Plaintiff Nicholas J. Sommers

Dated: June 28, 2006  /s/ Jonathon D. Nicol
JONATHON D. NICOL
Jones Day
Attorneys for Defendant Experian Information Solutions, Inc.

Dated: June 29, 2006  /s/ Albert T. Finch
ALBERT FINCH
Ericksen, Arbuthnot, Kilduff, Day, and Lindstrom
Attorneys for Defendant Equifax Information Services LLC

Dated: June 28, 2006  /s/ Lindsay G. Carlson
LINDSAY G. CARLSON
Stroock & Stroock & Lavan LLP
Attorneys for Defendant Trans Union LLC

Dated: June 28, 2006  /s/ Andrew Steinheimer
ANDREW STEINHEIMER
Murphy, Pearson, Bradley & Feeney
Attorneys for Defendant Merchants Credit Bureau

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Mediation.

Deadline for ADR Session: September 29, 2006.

IT IS SO ORDERED.

Dated: June 30, 2006

JEFFREY S. WHITE
United States District Judge

//

STIPULATION AND ~~PROPOSED~~ ORDER SELECTING ADR PROCESS
CASE NO. C 06 01798-JSW  - 2 -