RECEIVED 06 AUG 24 AM 10: 27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED SEP 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. SOMMERS,<br><br>Plaintiff *pro se*,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; MERCHANTS CREDIT BUREAU AND DOES 1 THROUGH 30, INCLUSIVE,<br><br>Defendants. | CASE NO. C06-1798 jsw<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Amy Greenstein, an active member in good standing of the bar of Georgia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac* vice basis, representing Equifax Information Services LLC, a Georgia limited liability company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: _SEP 1 2006_

_____
United States District Judge,

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS J. SOMMERS,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS et al,

    Defendant.
    _____/

Case Number: CV06-01798 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald F. Seth
281 Second Street East
Sonoma, CA 95476

Amy Greenstein
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Dated: September 1, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk