|  |  |
|---|---|
| 1 | DONALD F. SETH, ESQ., CA SBN 92318 |
| 2 | JAMES J. BERGMANN, ESQ., CA SBN 220447 |
|   | 290 B Street, Suite 205 |
| 3 | Santa Rosa, CA 95401 |
|   | (707)545-6370 telephone |
| 4 | (707)545-9770 facsimile |
|   | donaldseth@sbcglobal.net |
| 5 | jimbergmann@hotmail.com |

Counsel for Plaintiff NICHOLAS J. SOMMERS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| NICHOLAS J. SOMMERS, | CASE NO. C 06 01798-JSW MED |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ |
|  | **ORDER ENLARGING TIME** |
| v. | **FOR COMPLETION OF ADR** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; | |
| EQUIFAX INFORMATION SERVICES, LLC; | |
| TRANS UNION, LLC; | |
| MERCHANTS CREDIT BUREAU; | |
| and DOES 1 through 30, inclusive, | **Hon. Jeffrey S. White** |
|  | **U.S. District Judge** |
| Defendants. | |

Pursuant to Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NICHOLAS J. SOMMERS and Defendants EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX"), TRANS UNION, LLC ("TRANS UNION"), and MERCHANTS CREDIT BUREAU ("MERCHANTS")(the "PARTIES"), by their attorneys of record, that:

WHEREAS the deadline to complete Court-ordered Alternative Dispute Resolution

_____
STIPULATION AND ~~PROPOSED~~ ORDER ENLARGING TIME FOR COMPLETION OF ADR
CASE NO. C 06 01798-JSW MED

("ADR") is currently set for October 12, 2006;

WHEREAS the PARTIES have met and conferred, and at the suggestion of Court-appointed Mediator Dana Curtis, have agreed to conduct an ADR session on November 9, 2006 at the Northern District Federal Court in San Francisco, a date after the currently-set deadline, in order to accommodate all PARTIES' and the Mediator's calendars;

WHEREAS there have been no previous time modifications in this case; and

WHEREAS the requested time modification will have a negligible affect on the schedule for this case;

NOW, THEREFORE, the PARTIES, by and through their respective counsel of record, hereby stipulate and agree that the deadline to complete ADR may be continued to a date after November 9, 2006.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts.

Dated: October __10__, 2006        /s/ James J. Bergmann
                                   JAMES J. BERGMANN
                                   Law Offices of Donald F. Seth
                                   Attorneys for Plaintiff Nicholas J. Sommers

Dated: October __10__, 2006        /s/ Jonathon D. Nicol
                                   JONATHON D. NICOL
                                   Jones Day
                                   Attorneys for Defendant Experian Information
                                   Solutions, Inc.

Dated: October __11__, 2006        /s/ Amy Greenstein
                                   AMY GREENSTEIN
                                   Kilpatrick Stockton LLP
                                   Attorneys for Defendant Equifax Information
                                   Services LLC

//

_____
STIPULATION AND ~~PROPOSED~~ ORDER ENLARGING TIME FOR COMPLETION OF ADR
CASE NO. C 06 01798-JSW MED                - 2 -

| | | |
|---|---|---|
| 1 | Dated: October  10 , 2006 | /s/ Brian C. Frontino |
| 2 | | BRIAN C. FRONTINO |
| | | Stroock & Stroock & Lavan LLP |
| 3 | | Attorneys for Defendant Trans Union LLC |
| 4 | Dated: October  10 , 2006 | /s/ Andrew Steinheimer |
| 5 | | ANDREW STEINHEIMER |
| | | Ellis, Coleman, Poirier, La Voie & Steinheimer, LLP |
| 6 | | Attorneys for Defendant Merchants Credit Bureau |

Pursuant to the Stipulation above, the deadline for completing ADR is continued to  November 10 , 2006.

IT IS SO ORDERED.

Dated:  October 11 , 2006    /s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge

//

---

STIPULATION AND ~~PROPOSED~~ ORDER ENLARGING TIME FOR COMPLETION OF ADR
CASE NO. C 06 01798-JSW MED                - 3 -