| | |
|---|---|
| 1 | DONALD F. SETH, ESQ., CA SBN 92318 |
| 2 | JAMES J. BERGMANN, ESQ., CA SBN 220447 |
| | 290 B Street, Suite 205 |
| 3 | Santa Rosa, CA 95401 |
| | (707)545-6370 telephone |
| 4 | (707)545-9770 facsimile |
| | donaldseth@sbcglobal.net |
| 5 | jimbergmann@hotmail.com |

Counsel for Plaintiff NICHOLAS J. SOMMERS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NICHOLAS J. SOMMERS, | | CASE NO. C 06 01798-JSW-MED |
| | Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER OF DISMISSAL** |
| v. | | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; MERCHANTS CREDIT BUREAU; and DOES 1 through 30, inclusive, | | |
| | Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Nicholas J. Sommers and defendant Trans Union LLC, through their designated counsel, that Trans Union LLC be dismissed from the above-captioned action, with prejudice, pursuant to FRCP 41(a)(2), with each party to bear its own costs.

Dated: November __13__, 2006            /s/ James J. Bergmann
                                        JAMES J. BERGMANN
                                        The Law Offices of Donald F. Seth
                                        Attorneys for Plaintiff Nicholas J. Sommers

_____
STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL
CASE NO. C 06 01798-JSW MED

Dated: November __13__, 2006        /s/ Brian C. Frontino
                                    BRIAN C. FRONTINO
                                    Stroock & Stroock & Lavan LLP
                                    Attorneys for Defendant Trans Union LLC

Pursuant to the Stipulation above, the Court orders that defendant Trans Union LLC be, and hereby is, dismissed, with prejudice, from the above-captioned action. Each party shall bear its own costs and attorneys fees incurred in the action.

IT IS SO ORDERED.

Dated: ____November 21____, 2006    /s/ Jeffrey S. White
                                    JEFFREY S. WHITE
                                    United States District Judge

//
//

---

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL
CASE NO. C 06 01798-JSW MED                - 2 -