**United States District Court**

**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS J. SOMMERS,

    Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,

    Defendant.

No. C 06-01798 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

    The Court has received the Certification of ADR Session, which states that this matter settled at mediation. The parties are HEREBY ORDERED to submit a joint status report by January 9, 2007, advising the Court of their progress in finalizing settlement documentation, if the case has not been dismissed by that time.

    **IT IS SO ORDERED.**

Dated: December 8, 2006

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE