1  DONALD F. SETH, ESQ., CA SBN 92318
2  JAMES J. BERGMANN, ESQ., CA SBN 220447
   290 B Street, Suite 205
3  Santa Rosa, CA 95401
   (707)545-6370 telephone
4  (707)545-9770 facsimile
   donaldseth@sbcglobal.net
5  jimbergmann@hotmail.com

6
   Counsel for Plaintiff NICHOLAS J. SOMMERS
7
                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
9

10  NICHOLAS J. SOMMERS,                    CASE NO. C 06 01798-JSW-MED

11              Plaintiff,                  **STIPULATION AND [PROPOSED]**
                                            **ORDER OF DISMISSAL**
12
13  v.

14  EXPERIAN INFORMATION SOLUTIONS, INC.;
    EQUIFAX INFORMATION SERVICES, LLC;
15  TRANS UNION, LLC;
16  MERCHANTS CREDIT BUREAU;
    and DOES 1 through 30, inclusive,
17
                Defendants.
18  _____/  _____

19

20      IT IS HEREBY STIPULATED by and between plaintiff Nicholas J. Sommers and

21  defendants Experian Information Solutions, Inc.; Equifax Information Services, LLC; and

22
    Merchants Credit Bureau, through their designated counsel, that Experian Information
23
    Solutions, Inc.; Equifax Information Services, LLC; and Merchants Credit Bureau be dismissed
24
25  from the above-captioned action, with prejudice, pursuant to FRCP 41(a), with each party to

26  bear its own attorney fees and costs.

27
28
   _____
   STIPULATION AND PROPOSED ORDER OF DISMISSAL
   CASE NO. C 06 01798-JSW MED

| | | |
|---|---|---|
| 1 | Dated: January  8 , 2007 | /s/ James J. Bergmann |
| 2 | | JAMES J. BERGMANN |
| | | The Law Offices of Donald F. Seth |
| 3 | | Attorneys for Plaintiff Nicholas J. Sommers |
| 4 | Dated: January  8 , 2007 | /s/ Jonathon D. Nicol |
| 5 | | JONATHON D. NICOL |
| | | Jones Day |
| 6 | | Attorneys for Experian Information Solutions, Inc. |
| 7 | Dated: January  9 , 2007 | /s/ Thomas P. Quinn, Jr. |
| 8 | | THOMAS P. QUINN, JR. |
| | | Nokes & Quinn |
| 9 | | Attorneys for Equifax Information Services LLC |
| 10 | Dated: January  8 , 2007 | (See attached PDF signature) |
| 11 | | ANDREW STEINHEIMER |
| | | MARK ELLIS |
| 12 | | Ellis, Coleman, Poirier, LaVoie & Steinheimer |
| | | Attorneys for Merchants Credit Bureau |

Pursuant to the Stipulation above, the Court orders that defendants Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Merchants Credit Bureau be, and hereby are, dismissed, with prejudice, from the above-captioned action. Each party shall bear its own costs and attorneys fees incurred in the action.

IT IS SO ORDERED.

Dated:  January 12, 2007        , 2007    _____
JEFFREY S. WHITE
United States District Judge

//
//

_____
STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL
CASE NO. C 06 01798-JSW MED                        - 2 -